```
         FILED      ___ LODGED
         RECEIVED   ___ COPY

              SEP - 4 2001

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN HENDERSON, et al., ) | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, ) | CIV 00-0219-PHX-ROS |
| v. ) | |
| VHS ACQUISITION CORP. ) | |
| Defendant. ) | |

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court having granted Defendant's Motion to Dismiss, Plaintiffs' shall take nothing, this action and complaint are hereby dismissed.

_September 4,  2001_  RICHARD H. WEARE
Date                 District Court Executive/Clerk

                     _Kathleen M. Hucha_
                     (By) Deputy Clerk

cc: (all counsel)

