UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| John Henderson, et al., | NO. CIV 00-0219 PHX ROS |
| Plaintiffs, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| VHS Acquisition Corporation, (a Delaware Corporation), dba Maryvale Hospital Medical Center, | |
| Defendant. | |

Upon motion of defendant to dismiss the above-entitled action, and good cause appearing,

IT IS HEREBY ORDERED that this matter be dismissed with out prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that all dates previously set by the Court in this matter are vacated.

DATED this 31 day of August, 2001.

Honorable Roslyn O. Silver
United States District Court Judge